IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02160-WYD

LESLIE C. ROSS,

     Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     Petitioner's Unopposed Motion for Leave to File Supplemental Authority (ECF No. 18) is **GRANTED.**  The authority attached at both ECF Nos. 18 and 19 is accepted for filing.

     Dated:  February 11, 2016